# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

SEATTLE POWERSPORTS LLC, d/b/a LAWLESS HARLEY-DAVIDSON OF RENTON,

Plaintiff,

v.

HARLEY-DAVIDSON MOTOR COMPANY INC.,

Defendant.

Case No. 2:19-cv-01339-RSL-BAT

**ORDER GRANTING IN PART/ DENYING IN PART DEFENDANT'S MOTION TO DISMISS AND GRANTING MOTION TO TRANSFER CASE**

The Court, having reviewed the Plaintiff's Complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **ORDERS**:

1. The Report and Recommendation is **ADOPTED**;

2. Defendant Harley-Davidson Motor Company's motion to dismiss (Dkt. 26) is **DENIED** as to Counts I, II, and III; and **GRANTED** as to Counts IV, V, VI, VII, and VIII;

3. Defendant Harley-Davidson Motor Company's motion to transfer (Dkt. 26) is **GRANTED**; the Clerk is directed to **TRANSFER** this case to the Eastern District of

ORDER - 1

1     Wisconsin and to close this case.

2     4.     The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

3     DATED this 7th day of February, 2020.

                                                /s/ Robert S. Lasnik  
                                               ROBERT S. LASNIK  
                                               United States District Judge

ORDER - 2